UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Elbert L. Anderson

1:23-cv-1214
Robert J. Jonker
U.S. District Judge

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

v. Troy L. White

FILED (KZ)
U.S. District Court Clerk
NOV 15 2023
by ___ Western Michigan

(Enter above the full name of the defendant or defendants in this action.)

## COMPLAINT

I. Previous Lawsuits

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in this and other federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $400.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility? Yes ☑ No ☐

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

~~State~~ Court Mich federal

2. Is the action still pending? Yes ☐ No ☑

a. If your answer was no, state precisely how the action was resolved: It was not I I was lock up In Berrien County Jail

3. Did you appeal the decision? Yes ☐ No ☑

4. Is the appeal still pending? Yes ☐ No ☑

a. If not pending, what was the decision on appeal? Was A NO show

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐ No ☑

If so, explain: _____

II. Place of Present Confinement Berrien County 406 Broadway

If the place of present confinement is not the place you were confined when the occurrence that is subject of instant lawsuit arose, also list the place you were confined:

Berrien County 406 Broadway

-1-

III. **Parties**

   A. Plaintiff(s)

   Place your name in the first blank and your present address in the second blank. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

   Name of Plaintiff _Elbert Anderson_

   Address _4106 Broadway Ave_

   B. Defendant(s) _Troy L. White_

   Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. If there are more than four defendants, provide the same information for each additional defendant. Attach extra sheets as necessary.

   Name of Defendant #1 _Troy L. White from Arizona Flagstaff_
   Position or Title _Ex Roomate has a very extensive Criminal_
   Place of Employment _JVIS Manufacturing Record History_
   Address _359 Territorial Rd_
   Official and/or personal capacity? _Fork lift driver_

   Name of Defendant #2 _____
   Position or Title _____
   Place of Employment _____
   Address _____
   Official and/or personal capacity? _____

   Name of Defendant #3 _____
   Position or Title _____
   Place of Employment _____
   Address _____
   Official and/or personal capacity? _____

   Name of Defendant #4 _____
   Position or Title _____
   Place of Employment _____
   Address _____
   Official and/or personal capacity? _____

   Name of Defendant #5 _____
   Position or Title _____
   Place of Employment _____
   Address _____
   Official and/or personal capacity? _____

## IV. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

He fake Police Report buy tell the officer that I hit him A Glass bottle In the face, I do not Buy glass bottle I all way buy Plastic Bottle. I Do not have to worry about them breaking The officer didn't investigate my up stair Apartment for any glass bottle broken. Were the crime scene. He took it up on his self assumption Mr. White Cutt In the face. Jakab Clark was no blood up stair or down Before the officer's came Mr. White went up stair and cutt his own face and when back down stair I have small knife cutt. Look at his face up stair it didn't have knifcutt or bottle cutt. Mr. White went on the side of the house so Mr Clark rest me And then Mr. White Could put Protective order on me so I could not come back round him so I would be out the way he could take over my Apartment. Troy White is scarm artist defraud other that I am old senile I still have mental faculties. He thank he can scarm artist me or defraud my Apartment Right from under me If you take A look at His Parole Violation from parole Flagstaff Arizona Department of correction. He scarm defraud A person I prisoner any thing to make Qick dollar or get A free Apartment from old 67 year elderly person

(Last Revised: June 2013)

V. **Relief**

State briefly and precisely what you want the court to do for you.

get my Apartment back from ~~Scam~~ Scamm fraud artist Pray on the weak old elderly People go to Prison Back there this is Crime and the Parole Violation throwing me on the ~~of~~ coffee table go Back to Prison for that Parole Violation. I am A city Crual and unusal Punishment touch me rough

_11-13-23_  
Date

_Elbert Anderson L._  
Signature of Plaintiff

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

(Last Revised: June 2013)

Elbert Anderson
716 Ogden
Benton Harbor MI
49022

Retail
U.S. POSTAGE PAID
FCM LG ENV
BENTON HARBOR, MI 49022
NOV 14, 2023
UNITED STATES POSTAL SERVICE
49007
$1.83
RDC 99
R2305H127166-16

U.S. District Court
107 Federal Building
410 W. Michigan Ave
Kalamazoo, MI 49007

RECEIVED
NOV 15 2023
PAUL L. MALONEY
U.S. DISTRICT JUDGE